**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  REESTABLISHMENT OF THE | : | NO. 468 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 40th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 2nd day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 40th Judicial District (Indiana County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Indiana County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 40-2-01 | Indiana Borough |
| Magisterial District Judge Guy B. Haberl | White Township (Wards 4, 5 and 6) |
| | |
| Magisterial District 40-3-01 | Cherry Tree Borough |
| Magisterial District Judge Christopher S. Welch | Clymer Borough |
| | Creekside Borough |
| | Ernest Borough |
| | Glen Campbell Borough |
| | Marion Center Borough |
| | Plumville Borough |
| | Smicksburg Borough |
| | Banks Township |
| | Canoe Township |

Cherryhill Township
East Mahoning Township
Grant Township
Green Township
Montgomery Township
North Mahoning Township
Pine Township
Rayne Township
South Mahoning Township
Washington Township
West Mahoning Township
White Township (Ward 1)

Magisterial District 40-3-02
Magisterial District Judge Susanne V. Steffee

Homer City Borough
Shelocta Borough
Armstrong Township
Brush Valley Township
Buffington Township
Center Township
White Township (Wards 2, 3-1 and 3-2)

Magisterial District 40-3-03
Magisterial District Judge Robert S. Bell

Armagh Borough
Blairsville Borough
Saltsburg Borough
Blacklick Township
Burrell Township
Conemaugh Township
East Wheatfield Township
West Wheatfield Township
Young Township